# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| TERESA SEIVERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 3:18-CV-_____ |
| v. | ) |
| | ) |
| BETSY DEVOS, in her capacity as Secretary for the United States Department of Education, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, pursuant to 28 U.S.C. § 1442(a)(1) and 28 U.S.C. § 1446, hereby files this notice of removal of a civil action from the Circuit Court for Anderson County, Tennessee, where said action is now pending, to the United States District Court for the Eastern District of Tennessee at Knoxville. In support of this Notice of Removal, the United States declares as follows:

1. Betsy DeVos, the United States Secretary of Education, has been named as a defendant in Civil Action Number B8LA0083, filed in the Circuit Court for Anderson County, Tennessee on June 8, 2018. The United States Department of Education was served on June 25, 2018 via Certified U.S. Mail. A copy of the Summons and Complaint, with exhibits and proper redactions, are attached hereto as Exhibit 1. The Attorney General and the United States Attorney for the Eastern District of Tennessee have not been properly served with process.

2. This case may be removed to federal court pursuant to 28 U.S.C. § 1442(a)(1) and 28 U.S.C. § 1446.

WHEREFORE, this action now pending in the Circuit Court for Anderson County, Tennessee, is properly removed to the United States District Court for the Eastern District of Tennessee at Knoxville.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/ Kenny L. Saffles*
Kenny L. Saffles (BPR #023870)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
Kenny.Saffles@usdoj.gov
(865) 545-4167

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2018, a copy of the foregoing **Notice of Removal of a Civil Action** was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail and/or email. Parties may access this filing through the Court's electronic filing system.

Dail R. Cantrell, Esq.
The Cantrell Law Firm
362 South Charles G. Seivers Blvd.
P.O. Box 299
Clinton, TN 37717

*s/ Kenny L. Saffles*
Kenny L. Saffles
Assistant United States Attorney